UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| MARK ANTHONY TRENT, | ) |
| Plaintiff, | ) 2:25-CV-00036-DCLC-CRW |
| vs. | ) |
| WILLIAM FORD, | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court to consider the Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 8]. In the R&R, the magistrate judge recommends that Plaintiff's claim for malicious prosecution be dismissed without prejudice because it is not ripe, and that Plaintiff's claims for false imprisonment and unconstitutional search be stayed pending resolution of Plaintiff's criminal case. The parties did not file objections to the R&R.[1] *See* Fed. R. Civ. P. 72(b).

After thorough consideration of the R&R and the record as a whole, the Court finds that the R&R properly analyzes the issues presented. For the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the R&R [Doc. 8] is **ADOPTED**. Plaintiff's malicious prosecution claim is **DISMISSED WITHOUT PREJUDICE** and Plaintiff's false imprisonment and unconstitutional search claims are **STAYED** pending a final resolution of Plaintiff's federal criminal case. [*See* Case No. 2:24-CR-00057-JRG-CRW-8].

**SO ORDERED:**

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).

s/ Clifton L. Corker
                                                United States District Judge